**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DANIEL DEWAYNE AIKENS | CIVIL ACTION NO. 24-0287 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U S ATTORNEYS OFFICE | MAGISTRATE JUDGE WHITEHURST |

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections (Record Document 13) to the Report and Recommendation in the record;

**IT IS ORDERED** that instant complaint be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 20th day of June, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE